### BEBERDICK v. BROWNING, KING & CO.

(Supreme Court, Appellate Term.   October 25, 1899.)

MUNICIPAL COURTS—JURISDICTION—NONRESIDENT CORPORATIONS.
    The municipal court of New York City has no jurisdiction of an action
    against a foreign corporation.

Appeal from municipal court, borough of Manhattan, Second district.

Action by Frank W. Beberdick against Browning, King & Co. From a judgment dismissing the complaint, plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Clarence W. Thornall, for appellant.

James A. Gray, for respondent.

PER CURIAM.   From the record in this case it affirmatively appears that the defendant is a foreign corporation.   The court below therefore had no jurisdiction, and the judgment must be affirmed.   Rieser v. Charles F. Parker & Co., 27 Misc. Rep. 205, 57 N. Y. Supp. 745.

Judgment affirmed, with costs to respondent.